**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BOBBY RAY HATTON**                                                                                    **PETITIONER**
**ADC #129270**

**VS.**                        **CASE NO.: 5:12CV00291 JLH/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

**ORDER**

On August 1, 2012, the Court ordered the Clerk to serve Bobby Ray Hatton's § 2254 petition for writ of habeas corpus on the Respondent Ray Hobbs and the Arkansas Attorney General. (Docket entry #4) Director Hobbs has not filed an answer, motion, or other responsive pleading to the petition, and Mr. Hatton has now filed a motion for default judgment. (#5) The Court has contacted the Arkansas Attorney General's office to confirm receipt of the petition, but that office advises that it has not received service.

Accordingly, the motion for default judgment (#5) is denied without prejudice, and the Clerk of the Court is ordered to re-serve Mr. Hatton's petition for writ of habeas corpus (#2) and motion for order (#3) and a copy of this order on Mr. Hobbs by certified mail and on the Arkansas Attorney General by regular mail.

IT IS SO ORDERED this 10th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE